JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>       Plaintiff,<br><br>    v.<br><br>SYSTEM PROPERTY<br>DEVELOPMENT COMPANY, INC.;<br>L AND R AUTO PARKS, INC.;<br>MAYRA K. ROJAS CRUZ; and DOES<br>1-10,<br><br>       Defendants. | CV 19-7105 PA (GJSx)<br><br>JUDGMENT |

Pursuant to the Court's May 7, 2020 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 7, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE